# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LOSER, | : | 1:17-cv-712 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| DOLGENCORP, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

## April 18, 2018

Presently before the Court is Defendant's motion for summary judgment. (Doc. 20). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THA**

1. Defendants' motion for summary judgment (Doc. 20) is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.


                                                s/ John E. Jones III
                                                John E. Jones III
                                                United States District Judge